McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| CATHY THOMASON, ) | CIVIL NO. 2:07-CV-01586 |
|     Plaintiff, ) | STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S ANSWER; ORDER |
|     v. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
|     Defendant. ) | |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time up to and through March 7, 2008, in which to e-file his answer.  This extension is requested because of Defense Counsel's heavy caseload. Counsel apologizes for the delay and inconvenience and respectfully requests that the court grant this unopposed request for extension.

Dated:   February 6, 2008         /s/ *Jonathan A. Hendricks*
  *(*As authorized via telephone on 2/6/08)
  Jonathan A. Hendricks
  Attorney for Plaintiff


  SCOTT N. SCHOOLS
  United States Attorney
  LUCILLE GONZALES MEIS
  Regional Chief Counsel, Region IX

Dated:   February 6, 2008     By:   /s/ *Theophous H. Reagans*
  THEOPHOUS H. REAGANS
  Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 8, 2008.

_____
U.S. MAGISTRATE JUDGE